IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NASRIN FATEMI                                                                   PLAINTIFF

v.                              No. 4:13-cv-742-DPM

DAN RAHN, in his official capacity; DEBRA
FISER, in her official and individual capacities;
JOHN DAY, in his official and individual capacities;
VERA CHENAULT, in her individual capacity;
UNIVERSITY OF ARKANSAS; UNIVERSITY OF
ARKANSAS SYSTEM; and UNIVERSITY OF
ARKANSAS BOARD OF TRUSTEES                                                      DEFENDANTS

ORDER

Notice of related case, № 2, granted. The Court agrees that this case is related to *Fatemi v. Long et al.*, 4:11-cv-458-DPM, and that direct assignment is warranted.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 January 2014