IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NASRIN FATEMI                                      PLAINTIFF

v.                      No. 4:13-cv-742-DPM

DAN RAHN, in his official capacity;
DEBRA FISER, in her official and individual
capacities; JOHN DAY, in his official and
individual capacities; VERA CHENAULT,
in her individual capacity; UNIVERSITY OF
ARKANSAS; and UNIVERSITY OF
ARKANSAS BOARD OF TRUSTEES            DEFENDANTS

JUDGMENT

1. The University of Arkansas is dismissed with prejudice as a defendant.

2. Dr. Fatemi's § 1981 and equal protection claims are dismissed without prejudice.

3. Dr. Fatemi's due process claim is dismissed with prejudice.

4. Dr. Fatemi's retaliation claims under Title VII, the First Amendment, and the Arkansas Civil Rights Act are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2015